Eugene Killian, Jr., Esq. (Bar No. 00208 1990)
Dimitri Teresh, Esq. (Bar No. 90325 2012)
**THE KILLIAN FIRM, P.C.**
107 Tindall Road
Tindall Executive Centers
Middletown, NJ 07748
Ph: 732-912-2100
ekillian@tkfpc.com
dteresh@tkfpc.com
*Attorneys for Defendants and Counterclaim-Plaintiffs,*
*Michael K. Chong, Esq. and The Law Offices of Michael K. Chong, LLC*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE HANOVER INSURANCE COMPANY, | CIVIL ACTION |
| *Plaintiff*, | |
| v. | No. 2:26-cv-02357-MEF-JSA |
| THE LAW OFFICES OF MICHAEL K. CHONG, LLC a/k/a LAW OFFICE OF MICHAEL K. CHONG, LLC a/k/a MKC LAW GROUP, LLC; and MICHAEL K. CHONG, ESQUIRE, | **NOTICE OF APPEARANCE** |
| *Defendants*. | |

TO:     The Clerk of the United States District Court for the District of New Jersey:


PLEASE TAKE NOTICE that Dimitri Teresh, Esq., of The Killian Firm, P.C., hereby enters his appearance as counsel of record for Defendants and Counterclaim-Plaintiffs Michael K. Chong, Esq. and The Law Offices of Michael K. Chong, LLC (a/k/a Law Office of Michael K. Chong, LLC and MKC Law Group, LLC) in the above-captioned matter. All future papers, notices, and electronic filings in this matter should be served upon the undersigned at the addresses set forth in the header above.

The undersigned is a member in good standing of the Bar of the State of New Jersey and of the Bar of this Court.

Dated: May 14, 2026

**THE KILLIAN FIRM, P.C.**
*Attorneys for Defendants and Counterclaim-Plaintiffs, Michael K. Chong, Esq. and The Law Offices of Michael K. Chong, LLC*

By:   */s/ Dimitri Teresh_____*

Dimitri Teresh, Esq.
dteresh@tkfpc.com
Ph: (848) 837-5023