

EUGENE KILLIAN, JR*

DIMITRI TERESH*

VIRGINIA A. NAIROOZ*

*MEMBER NJ & NY BAR

# THE KILLIAN FIRM, P. C.

## ATTORNEYS AT LAW

June 8, 2026

**VIA ECF AND EMAIL**
Honorable Jessica S. Allen, U.S.M.J.
U.S. District Court, District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

**Re:    The Hanover Insurance Co. v. The Law Offices of Michael K. Chong, LLC, et al.**
          **Civil Action No. 2:26-cv-02357-MEF-JSA (D.N.J.)**

Dear Judge Allen:

We represent Defendants Michael K. Chong, Esq. and The Law Offices of Michael K. Chong, LLC in the above-referenced matter, and respectfully write to submit two items for the Court's consideration. Enclosed please find (1) Defendants' Answer, Affirmative Defenses, and Counterclaim, and (2) the parties' Stipulation and Proposed Order Extending Defendants' Time to Respond to the Complaint, executed by counsel for Plaintiff The Hanover Insurance Company and by the undersigned. The proposed Stipulation would extend Defendants' time to answer, move, or otherwise respond to the Complaint, originally set to expire on May 5, 2026, through and including June 8, 2026, the date of this submission.

This is Defendants' first request for an extension of time to respond, and it is made in good faith and not for purposes of delay. The brief extension was necessary to permit the undersigned to obtain and review the voluminous underlying case files before preparing a complete and accurate responsive pleading. No party will be prejudiced by the requested extension, and counsel for Plaintiff has graciously consented to it. Defendants' responsive pleading is being filed contemporaneously herewith. Should the enclosed Stipulation and Proposed Order meet with the Court's approval, we respectfully request that the Court so Order and sign the Stipulation at its earliest convenience. We are most grateful for the Court's time and attention to this matter, and

Honorable Jessica S. Allen, U.S.M.J.
February 14, 2026
Page **2**

remain available should the Court have any questions or require anything further.

Yours truly,
**THE KILLIAN FIRM, P.C.**

By: */s/ Dimitri Teresh*
Dimitri Teresh, Esq.
*Attorneys for Defendants*
Direct: (848) 837-5023
dteresh@tkfpc.com

K