Eugene Killian, Jr., Esq. (Bar No. 00208 1990)
Dimitri Teresh, Esq. (Bar No. 90325 2012)
**THE KILLIAN FIRM, P.C.**
107 Tindall Road
Tindall Executive Centers
Middletown, NJ 07748
Ph: 732-912-2100
ekillian@tkfpc.com
dteresh@tkfpc.com
*Attorneys for Defendants,*
*Michael K. Chong, Esq. and*
*The Law Offices of Michael K. Chong, LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE HANOVER INSURANCE COMPANY, | CIVIL ACTION |
| *Plaintiff*, | |
| v. | No. 2:26-cv-02357-MEF-JSA |
| THE LAW OFFICES OF MICHAEL K. CHONG, LLC a/k/a LAW OFFICE OF MICHAEL K. CHONG, LLC a/k/a MKC LAW GROUP, LLC; and MICHAEL K. CHONG, ESQUIRE, | **STIPULATION AND PROPOSED ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO THE COMPLAINT** |
| *Defendants*. | |

Plaintiff The Hanover Insurance Company ("Hanover" or "Plaintiff") and Defendants Michael K. Chong, Esq. and The Law Offices of Michael K. Chong, LLC (collectively, "Defendants"), by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed its Complaint in this action on March 6, 2026 (ECF No. 1);

WHEREAS, on March 24, 2026, Defendant Michael K. Chong, Esq. executed and returned the Waiver of the Service of Summons (ECF No. 4), pursuant to which his time to answer or otherwise respond to the Complaint, computed in accordance with Federal Rule of Civil Procedure 4(d)(3), was set to expire on May 5, 2026;

WHEREAS, on April 7, 2026, Defendant The Law Offices of Michael K. Chong, LLC executed and returned the Waiver of the Service of Summons (ECF No. 5);

WHEREAS, by e-mail correspondence, counsel for Defendants requested, and counsel for Plaintiff has graciously agreed to, an extension of Defendants' time to answer, move, or otherwise respond to the Complaint through and including June 8, 2026;

WHEREAS, this is the first extension of Defendants' time to respond to the Complaint and is sought in good faith and not for the purpose of delay; and

WHEREAS, no party will be prejudiced by the requested extension;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record for the parties, subject to the approval of the Court, as follows:

1. Defendants' time to answer, move, or otherwise respond to the Complaint is extended through and including June 8, 2026.

2. Exhibit A—Defendants Answer with Counterclaims—is deemed to have been timely filed in accordance with this stipulation.

3. By entering into this Stipulation, Defendants do not waive, and expressly reserve, any defenses, objections, or rights available to them under the Federal Rules of Civil Procedure or otherwise.

4. This Stipulation may be executed in counterparts, and electronic or facsimile signatures shall have the same force and effect as original signatures.

Dated: June 8, 2026

**WARD LAW, LLC**
*Attorneys for Plaintiff The Hanover Insurance Company*

By:    */s/ Robert H. Graff*

Robert H. Graff, Esq.
rgraff@thewardlaw.com
Ph: (267) 941-9958

Dated: June 8, 2026

**THE KILLIAN FIRM, P.C.**

*Attorneys for Defendants and Counterclaim-Plaintiffs, Michael K. Chong, Esq. and The Law Offices of Michael K. Chong, LLC*

By:   */s/ Dimitri Teresh*_____

Dimitri Teresh, Esq.
dteresh@tkfpc.com
Ph: (848) 837-5023

SO ORDERED:

_____

Hon. Jessica S. Allen, U.S.M.J.

Dated: _____, 2026

Page 3 of 3