**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| THE HANOVER INSURANCE COMPANY <br><br> Plaintiff, <br><br> v. <br><br> THE LAW OFFICES OF MICHAEL K. CHONG, LLC a/k/a LAW OFFICE OF MICHAEL K. CHONG, LLC a/k/a MKC LAW GROUP, LLC <br><br> & <br><br> MICHAEL K. CHONG, ESQUIRE <br><br> Defendants. | CIVIL ACTION <br><br><br> No.: 2:26-cv-02357-MEF-JSA |

**PLAINTIFF'S MOTION TO DISMISS**
**<u>COUNT TWO OF DEFENDANTS' COUNTERCLAIM PURUSANT TO 12(b)(6)</u>**

Plaintiff, the Hanover Insurance Company, by and through their undersigned counsel, Ward Law, LLC, and move to dismiss Count Two of Defendants' Counterclaims for Breach of Contract pursuant to Fed. R. Civ. P. 12(b)(6).  For the reasons set forth in Plaintiff's accompanying Memorandum of Law, Plaintiff requests that this Court grant this Motion and enter an Order consistent with the proposed Order of the Plaintiff.

Respectfully submitted,

**WARD LAW, LLC**

Date: June 26, 2026                 By:    *Robert H. Graff*
                                            Robert H. Graff, Esq.
                                            1617 JFK Blvd., Suite 500
                                            Philadelphia, PA 19103
                                            Phone: (215) 647-6600
                                            rgraff@thewardlaw.com
                                            *Attorney for Plaintiff*