**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| THE HANOVER INSURANCE COMPANY | CIVIL ACTION |
| Plaintiff, | |
| v. | No.: 2:26-cv-02357-MEF-JSA |
| THE LAW OFFICES OF MICHAEL K. CHONG, LLC a/k/a LAW OFFICE OF MICHAEL K. CHONG, LLC a/k/a MKC LAW GROUP, LLC | |
| & | |
| MICHAEL K. CHONG, ESQUIRE | |
| Defendants. | |

**ORDER**

AND NOW, this _____ day of _____, 2026, upon consideration of Plaintiff's Motion to Dismiss Count Two of Defendants' Counterclaim Pursuant to Rule 12(b)(6), it is hereby **ORDERED** that Defendants' motion is **GRANTED** and Count Two of Defendants' Counterclaim is Dismisses **WITH PREJUDICE**.  Plaintiff shall answer the remaining counts of Defendants' Counterclaim withing fourteen (14) days following the entry of this Order.

BY THE COURT:

_____

, J.