**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| THE HANOVER INSURANCE COMPANY <br><br> Plaintiff, <br><br> v. <br><br> THE LAW OFFICES OF MICHAEL K. CHONG, LLC a/k/a LAW OFFICE OF MICHAEL K. CHONG, LLC a/k/a MKC LAW GROUP, LLC <br><br> & <br><br> MICHAEL K. CHONG, ESQUIRE <br><br> Defendants. | CIVIL ACTION <br><br><br> No.: 2:26-cv-02357-MEF-JSA |

## CERTIFICATE OF FILING AND SERVICE

I, Robert H. Graff, Esquire, attorney for Plaintiff The Hanover Insurance Company, hereby certify that a true and correct copy of Plaintiff's Motion to Dismiss Count Two of Defendants' Counterclaims for Breach of Contract pursuant to Fed. R. Civ. P. 12(b)(6) was filed with the Court and served electronically by and through the Case Management/Electronic Case Filing (CM/ECF) system provided by the United States District Court for the District of New Jersey on all parties who have entered a Notice of Appearance herein.

Dated: June 26, 2026           By:    *Robert H. Graff*
                                     ROBERT H. GRAFF, ESQUIRE

1