`

EUGENE KILLIAN, JR*

DIMITRI TERESH*

VIRGINIA A. NAIROOZ*



**THE  KILLIAN FIRM, P. C.**

ATTORNEYS AT LAW

*MEMBER NJ & NY BAR

July 1, 2026

**VIA CM/ECF**

Hon. Michael E. Farbiarz, U.S.D.J.

United States District Court, District of New Jersey

Frank R. Lautenberg U.S. Post Office & Courthouse

2 Federal Square, Newark, New Jersey 07102

**Re:**  **The Hanover Insurance Company v. Law Offices of Michael K. Chong, LLC, et al.**
Civil Action No. 2:26-cv-02357-MEF-JSA
*Defendants' Amended Answer, Affirmative Defenses, and Counterclaim; Plaintiff's*
*Motion to Dismiss Count Two (ECF No. 12)*

Dear Judge Farbiarz:

This firm represents Defendants and Counterclaim-Plaintiffs Michael K. Chong, Esq. and The Law Offices of Michael K. Chong, LLC. We write to advise the Court that, contemporaneously herewith, Defendants have filed an Amended Answer, Affirmative Defenses, and Counterclaim as of course pursuant to Fed. R. Civ. P. 15(a)(1)(B).

Plaintiff served its Motion to Dismiss Count Two of Defendants' Counterclaim (ECF No. 12) on June 26, 2026. Rule 15(a)(1)(B) permits a party to amend its pleading once as a matter of course within twenty-one days after service of a motion under Fed. R. Civ. P. 12(b). Defendants' Amended Counterclaim is filed within that period and therefore requires no leave of Court.

Because the Amended Counterclaim supersedes the pleading that Plaintiff's motion sought to dismiss, Plaintiff's Motion to Dismiss (ECF No. 12) is now moot. Defendants respectfully request that the Court dismiss the motion as moot and terminate it on the docket. Should Plaintiff wish to challenge the Amended Counterclaim, it may respond in the ordinary course under Fed. R. Civ. P. 15(a)(3).

Page **2**

I thank the Court for its attention to this matter.

Respectfully submitted,
**THE KILLIAN FIRM, P.C.**
*Attorneys for Defendants and Counterclaim-Plaintiffs, Michael K. Chong, Esq. and The Law Offices of Michael K. Chong, LLC*


By:     */s/ Dimitri Teresh*
Dimitri Teresh, Esq.
dteresh@tkfpc.com

cc:  Robert H. Graff, Esq., Ward Law, LLC (via CM/ECF)