**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| THE HANOVER INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE LAW OFFICES OF MICHAEL K. CHONG, LLC a/k/a LAW OFFICE OF MICHAEL K. CHONG, LLC a/k/a MKC LAW GROUP, LLC,<br><br>&<br><br>MICHAEL K. CHONG, ESQUIRE,<br><br>Defendants. | CIVIL ACTION<br><br><br>No.: 2:26-cv-02357-MEF-JSA |

**PLAINTIFF/COUNTERCLAIM DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES TO DEFENDANTS/COUNTERCLAIM PLAINTIFFS' AMENDED COUNTERCLAIMS**

Plaintiff/Counterclaim Defendant, the Hanover Insurance Company, by and through their undersigned counsel, Ward Law, LLC, answers the Counterclaims by Defendants/Counterclaim Plaintiffs as follows:

1.      Plaintiff/Counterclaim Defendant incorporates by reference its Complaint as if fully set forth herein.

2.      The policy referenced in this paragraph is a writing which speaks for itself and any attempt to summarize or paraphrase the writing is expressly denied.

3.      The policy referenced in this paragraph is a writing which speaks for itself and any attempt to summarize or paraphrase the writing is expressly denied.

4.     The underlying action referenced in this paragraph are writings which speak for themselves and any attempt to summarize or paraphrase them are expressly denied.

5.     Denied as a conclusion of law to which no response is required.  To the extent a response is required, the policy referenced in this paragraph is a writing which speaks for itself and any attempt to summarize or paraphrase the writing is expressly denied.

6.     Denied as a conclusion of law to which no response is required.  To the extent a response is required it is denied.

7.     Admitted.

8.     The letter referenced in this paragraph is a writing which speaks for itself and any attempt to summarize or paraphrase the writing is expressly denied.

9.     Denied as a conclusion of law to which no response is required.  To the extent a response is required, the averments in this paragraph refer to writings which speak for themselves and any attempts to summarize or paraphrase them are expressly denied.

10.     Denied as a conclusion of law to which no response is required.  To the extent a response is required, it is denied.

11.     Denied as a conclusion of law to which no response is required.  To the extent a response is required, it is denied.

## COUNT ONE – DECLARATORY JUDGMENT

12.     Plaintiff/Counterclaim Defendant incorporates by reference the preceding paragraphs and its Complaint as if fully set forth herein.

13.     Denied as a conclusion of law to which no response is required.  To the extent a response is required, it is denied.

2

14.    Denied as a conclusion of law to which no response is required.  To the extent a response is required, it is denied.

15.    Denied as a conclusion of law to which no response is required.  To the extent a response is required, it is denied.

### COUNT TWO – BREACH OF CONTRACT

16.    Plaintiff/Counterclaim Defendant incorporates by reference the preceding paragraphs and its Complaint as if fully set forth herein.

17.    Denied as a conclusion of law to which no response is required.  To the extent a response is required, the averments in this paragraph refer to a writing which speak for itself and any attempt to summarize or paraphrase the writing is expressly denied.

18.    Denied as a conclusion of law to which no response is required.  To the extent a response is required, the averments in this paragraph refer to a writing which speak for itself and any attempt to summarize or paraphrase the writing is expressly denied.

19.    Denied as a conclusion of law to which no response is required.  To the extent a response is required, it is denied.

20.    Denied as a conclusion of law to which no response is required.  To the extent a response is required, it is denied.

21.    Denied as a conclusion of law to which no response is required.  To the extent a response is required, the averments in this paragraph refer to a writing which speak for itself and any attempt to summarize or paraphrase the writing is expressly denied.

22.    Denied as a conclusion of law to which no response is required.  To the extent a response is required, it is denied.

3

23.    Denied as a conclusion of law to which no response is required.  To the extent a response is required, it is denied.

24.    Denied as a conclusion of law to which no response is required.  To the extent a response is required, it is denied.

**WHEREFORE**, Plaintiff/Counterclaim Defendant requests judgment in its favor and against Defendants/Counterclaim Plaintiffs, including attorneys' fees, court costs, and any other relief the Court deems just and proper.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

The Counterclaims fail to state claims upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

The Counterclaims are barred, in whole or in part, by the applicable statute of limitations.

### THIRD AFFIRMATIVE DEFENSE

The Counterclaims are barred because Counterclaim Plaintiffs have not suffered any damage or injury as a result of the actions of Counterclaim Defendant.

### FOURTH AFFIRMATIVE DEFENSE

The Counterclaims are barred, in whole or in part, by the doctrine of unclean hands.

### FIFTH AFFIRMATIVE DEFENSE

The Counterclaims are barred, in whole or in part, by Counterclaim Plaintiffs' failure to mitigate their alleged damages.

### SIXTH AFFIRMATIVE DEFENSE

The Counterclaims claims are barred by the doctrine of after-acquired evidence.

## SEVENTH AFFIRMATIVE DEFENSE

The Counterclaims are barred by the equitable doctrines of waiver, estoppel, and/or laches.

## EIGHTH AFFIRMATIVE DEFENSE

Counterclaim Plaintiffs are not entitled to compensatory or consequential damages.

## NINTH AFFIRMATIVE DEFENSE

The damages or other relief sought Counterclaim Plaintiffs would result in an unjust enrichment to Counterclaim Plaintiffs.

## TENTH AFFIRMATIVE DEFENSE

Any damages or harm allegedly suffered by Counterclaim Plaintiffs is the result of Counterclaim Plaintiffs' own actions, omissions, and conduct.

## ELEVENTH AFFIRMATIVE DEFENSE

Counterclaim Defendant, at all times relevant hereto, acted reasonably and in good faith.

## TWELFTH AFFIRMATIVE DEFENSE

Counterclaim Defendant did not breach any duty, express or implied, owed to Counterclaim Plaintiff.

## THIRTEENTH AFFIRMATIVE DEFENSE

Counterclaim Defendant, at all times relevant hereto, complied with all applicable laws and regulations, and with the terms and conditions of the policy.

## FOURTEENTH AFFIRMATIVE DEFENSE

Counterclaim Defendant reserves the right to assert further affirmative defenses as they become evident through discovery.

WHEREFORE, Plaintiff/Counterclaim Defendant requests judgment in its favor and against Defendants/Counterclaim Plaintiffs, including attorneys' fees, court costs, and any other relief the Court deems just and proper.

Respectfully submitted,

**WARD LAW, LLC**

Date: July 28, 2026                    By:   *Robert H. Graff*
                                                    Robert H. Graff, Esq.
                                                    1617 JFK Blvd., Suite 500
                                                    Philadelphia, PA 19103
                                                    Phone: (215) 647-6600
                                                    rgraff@thewardlaw.com
                                                    *Attorney for Plaintiff/Counterclaim*
                                                    *Defendant*