## CERTIFICATE OF FILING AND SERVICE

I, Robert H. Graff, Esquire, attorney for Plaintiff/Counterclaim Defendant, The Hanover Insurance Company,  hereby certify that a true and correct copy of Plaintiff/Counterclaim Defendant's Answer and Affirmative Defenses to Defendants/Counterclaim Plaintiffs' Amended Counterclaims was filed with the Court and served electronically by and through the Case Management/Electronic Case Filing (CM/ECF) system provided by the United States District Court for the District of New Jersey on all parties who have entered a Notice of Appearance herein.


Dated: July 28, 2026                      By:    *Robert H. Graff*
                                                 ROBERT H. GRAFF, ESQUIRE