# WARD LAW, LLC

StraightforWard Legal Advice


39 East Main Street
Moorestown, NJ 08057-3609
Tel: 856.637.4200
Fax: 267.350.6921
*www.thewardlaw.com*

**One Penn Center**
1617 John F. Kennedy Blvd., Ste. 500
Philadelphia, PA 19103
Tel: 215.647.6600
Fax: 267.350.6921
*www.thewardlaw.com*

**Robert H. Graff**
*Of Counsel*
Direct: 267.941.9958
Cell: 610.715.6939
Fax: 267.350.6921
*rgraff@thewardlaw.com*
Admitted in PA & NJ

***Please direct all correspondence to the Philadelphia, PA address**


October 22, 2026

**Via ECF**
The Honorable Jessica S. Allen
United States Magistrate Judge
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Courtroom MLK 2B
Newark, NJ 07101

**Re: The Hanover Insurance Company v. The Law Offices of Michael K. Chong, LLC a/k/a Law Office Of Michael K. Chong, LLC a/k/a MKC Law Group, LLC, and Michael K. Chong, Esquire**
**United States District Court for the District of New Jersey**
**Case No.: No.: 2:26-cv-02357-MEF-JSA**

Dear Judge Allen:

Our firm represents the Plaintiff in this matter. Per the Court's August 11, 2026 scheduling order, I am submitting this joint status report on behalf of both Plaintiff and Defendants.

As of the date of this letter, the Parties have exchanged written discovery requests. Plaintiff has responded to Defendants' requests and Defendants anticipate having their responses to Plaintiff by Friday, October 23, 2026. The Parties intend to begin depositions shortly thereafter.

The Parties have not engaged in any settlement negotiations at this time.

Respectfully submitted on behalf of the Parties,

**WARD LAW, LLC**

*/s/ Robert H. Graff*

Robert H. Graff

RHG/aw
*cc: Eugene Killian, Jr., Esq. (via ECF only)*
*Dimitri Teresh., Esq. (via ECF only)*